Date signed August 12, 2008



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In re: | Case No. 08-12935PM |
|---|---|
| Ellen Virginia Evans a.k.a Ellen Virginia Umstead,<br><br>    Debtor. | Chapter 13 |

### MEMORANDUM

This case came before the court on the motion of GMAC for relief from the automatic stay of 11 U.S.C. § 362(a) to enable its repossession of a certain 2006 Cadillac DTS owned by the Debtor. The Debtor did not file any opposition, but she did appear in court to explain that while she did not oppose the motion, she most certainly did oppose the motion by JPMorgan Chase Bank, NA filed July 16, 2008, and would appear in court in opposition on the scheduled hearing date of August 25, 2008.

The Debtor stated that she had been unable to get a response to her calls to counsel, which the court has no reason to dispute, although it seems counsel would have an interest in the success of the case in that a large portion of his fees are to be paid through the confirmed plan.

In any event, in the circumstances presented, the court advises that whether or not a response is filed, it will conduct a hearing on August 25, 2008, unless the parties reach a settlement of this dispute before that date. In the interim, the court assumes that counsel will be in contact with his client well before the hearing date.

cc:   Debtor
      Debtor's Counsel
      Michael T. Cantrell/JPMorgan Chase Bank, NA
      Diana C. Theologou/JPMorgan Chase Bank, NA

**End of Memorandum**